# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00068-MR

JONATHAN ANTHONY LEE TORRES, )
                                                              )
                **Plaintiff,**          )
                                                              )
vs.                                                                 )
                                                                 )
TODD ISHEE, et al.,            )          **ORDER**
                                                                 )
                **Defendants.**     )
_____ )

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action addressing incidents that allegedly occurred while he was incarcerated at the Marion Correctional Institution.[1] [Doc. 1]. The action passed initial against several Defendants on claims addressing the conditions of confinement, his religious freedom, retaliation, the use of excessive force, interference with his mail, and North Carolina assault and battery. [See Doc. 27]. The Defendants filed a Motion for Summary Judgment that is presently pending. [See Doc. 81]. The Plaintiff recently filed a DVD in opposition to the Motion for Summary Judgment, which is blank. [See Doc. 116]. The Plaintiff will be granted 14

---

[1] The Plaintiff is no longer incarcerated.

days within which to provide the Court with his digital exhibits, and a courtesy copy, in accordance with the Court's ECF Administrative Procedures Governing Filing and Service by Electronic Means.[2] Should the Plaintiff fail to comply with this Order, the Court will proceed without those exhibits.

**IT IS THEREFORE ORDERED that** the Plaintiff must file his digital exhibits within **fourteen (14) days** of this Order. Should the Plaintiff fail to comply, the Court will proceed without those exhibits.

**IT IS SO ORDERED.**

Signed: April 17, 2024

Martin Reidinger
Chief United States District Judge

---

[2] These procedures are available on the Court's website. See https://www.ncwd.uscourts.gov.