IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00068-MR

| | |
|---|---|
| JONATHAN ANTHONY LEE TORRES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD ISHEE, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action addressing incidents that allegedly occurred while he was incarcerated at the Marion Correctional Institution.[1] [Doc. 1]. The action passed initial against several Defendants on claims including the use of excessive force and North Carolina assault and battery. [See Doc. 27]. The Defendants filed a Motion for Summary Judgment that is presently pending. [See Doc. 81]. The Plaintiff filed a DVD in opposition to the Motion for Summary Judgment, but the DVD was blank. [See Doc. 116]. The Plaintiff was granted 14 days to refile his digital exhibits. [Doc. 121]. The Plaintiff has now filed new copies of the digital files [see

---

[1] The Plaintiff is no longer incarcerated.

Doc. 122]; however, these files appear to contain zoomed-in versions of the relevant videos that largely fail to depict the incidents that are presently at issue in this case.

The Plaintiff will be granted 14 days within which to provide the Court with unedited copies of the relevant videos, and a courtesy copy, in accordance with the Court's ECF Administrative Procedures Governing Filing and Service by Electronic Means.[2] Should the Plaintiff fail to do so, the Court will proceed with the digital exhibits that the Plaintiff has already filed.

**IT IS THEREFORE ORDERED that** the Plaintiff may file unedited versions of the relevant videos, and a courtesy copy, within **fourteen (14) days** of this Order.

**IT IS SO ORDERED**.

Signed: June 10, 2024

Martin Reidinger
Chief United States District Judge

---

[2] These Administrative Procedures are available on the Court's website. See https://www.ncwd.uscourts.gov. Should the Plaintiff have difficulty in providing the Court with unedited versions of the videos, he is encouraged to contact defense counsel in order to resolve this issue expeditiously.