IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00068-MR

| | | |
|---|---|---|
| JONATHAN ANTHONY LEE TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TODD ISHEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the undersigned following the entry of the order of the presiding District Judge referring this case for a judicial settlement conference. Doc. 141.

A review of the docket shows Plaintiff's current address as being the Spartanburg County Jail in Spartanburg, South Carolina.

However, it also appears that Plaintiff was previously charged in the District of South Carolina with violating his conditions of supervised release. The docket in that case, 8:24-cr-895, indicates that, on January 8, 2025, Plaintiff's term of supervised release was revoked, and Plaintiff was committed to the custody of the Bureau of Prisons ("BOP") for a term of five (5) months, with no supervised release to follow. Doc. 23.

As Plaintiff will presumably be in transit in the near future while he is transported to a BOP facility to serve his sentence, and further because

1

arrangements with the facility where Plaintiff will be housed will need to be made in order for him to participate in a judicial settlement conference in this case, the scheduling of a conference will be temporarily held in abeyance.

Plaintiff is directed to update his contact information with this Court promptly after reaching the BOP location where he will be serving his sentence. Upon receipt of that information, the judicial settlement conference will be scheduled.

The Clerk is respectfully directed to provide a copy of this order to the United States Marshals Service.

It is so ordered.

Signed: January 15, 2025

W. Carleton Metcalf
United States Magistrate Judge